AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| M.C, AN INFANT BY HIS MOTHER NATURAL GUARDIAN, JANET CORNWALL, INDIVIDUALLY | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No. 1:23-cv-305 (FJS/CFH) |
| CHRISTOPHER MARSH | ) ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHRISTOPHER MARSH
629 NORTH CHODIKEE LAKE RD
HIGHLAND, NY 12528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ryanne Konan
4 Marshal Road, Suite 107
Wappingers Falls, NY  12509

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of Court

Date: _____3/8/2023_____

s/Kathy Rogers

_____
*Signature of Clerk or Deputy Clerk*